**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No. 14-PJM-0024** |
| **RUEL FRANCIS DEMPSTER** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEAL

The Defendant, Ruel Francis Dempster, through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and Ebise Bayisa, Assistant Federal Public Defender, respectfully moves this Honorable Court for an order placing under the Court's seal the Proposed Sealed Document to be filed today by the Defendant in this case. In support of this Motion, the Defendant states as follows:

1. The Proposed Sealed Document contains information regarding the Defendant, his background, medical information, and/or his character which is highly personal and confidential.

2. No reasonable alternatives to sealing the document are available. Deletion or expungement of sensitive portions of the document would render the submission substantially unreadable and would compromise counsel's ability to convey important information relevant to this case.

3. Counsel intends to serve the government with copies of the motion.

WHEREFORE, Defendant respectfully requests that the Proposed Sealed Document filed immediately following this motion be placed under the Court's seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
  for the District of Maryland

June 30, 2015             /s/
EBISE BAYISA
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Telephone: (301) 344-0600
Fax: (301) 344-0019
Email: Ebise_Bayisa@fd.org