PJM 14Cr0024

FILED \_\_\_\_\_ ENTERED
LOGGED \_\_\_\_\_ RECEIVED

AUG 24 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY \_\_\_\_ DEPUTY

2015
August 21st

To Whom it May Concern,

    I'm requesting my court documents/records from 2005 to 2013 inmate number #57603-037 for Ruel Francis Dempster. D.O.B 9/6/87. Which should be forwarded to Ruel Francis Dempster # 57603-037 Great Plains Correctional Facility P.O. Box 400 Hinton OK 73047.

Please advise if there are any needed unprovided information required in order for me to obtain my records. Thank you for your time.

*Ruel Dempster*